IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ALGERO BERNARD BENNETT,** : | |
| Petitioner, : | |
| : | |
| vs. : | CIVIL ACTION 12-00633-KD-M |
| : | |
| **CYNTHIA WHITE,** : | |
| Respondent. : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 20, 2012, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice** for failure to prosecute and to obey the Court's Order.

**DONE** and **ORDERED** this **11**$^{th}$ day of **January 2013.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE
UNITED STATES DISTRICT JUDGE**